IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY S. KING, ) | |
| BOP Prisoner No. 07031-003, ) | |
|    Movant, ) | |
| ) | **CIVIL ACTION NO. 1:23-00087-WS-N** |
| v. ) | |
| ) | **CRIMINAL ACTION NO. 1:13-00272-WS-N** |
| UNITED STATES OF AMERICA, ) | |
|    Respondent. ) | |

## **ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated July 12, 2024 (Doc. 69) [1]—issued under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R)—is **ADOPTED** as the opinion of the Court.

Accordingly, it is **ORDERED** that Movant **ANTHONY S. KING**'s motion for leave to amend (Doc. 49), second motion for summary judgment (Doc. 56), petition for writ of mandamus (Doc. 63), and two motions "to file default judgment" (Docs. 62, 67), are all **DENIED**, and that his motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 dated March 6, 2023 (Doc. 47), as supplemented (Doc. 48), is **DENIED** and **DISMISSED with prejudice** under Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts. Further, King is **DENIED** a Certificate of Appealability in relation to this final adverse order. Finally, the Court certifies that any appeal by King of this judgment would be without merit and

---

[1] All "Doc." citations herein refer to the docket of the above-numbered criminal action.

therefore not taken in good faith. Thus, King is not entitled to proceed *in forma pauperis* on appeal of this judgment.

This final judgment shall forthwith be set out by separate document in accordance with Federal Rule of Civil Procedure 58. The Clerk of Court is **DIRECTED** to thereafter administratively close the above-numbered civil action.

**DONE** and **ORDERED** this the 5th day of August, 2024.

/s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**